HUMAN SERVICES. C. A. 4th Cir. Certiorari before judgment denied.

No. 10–9690. SILVA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9754. JOHNSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–9767. HOFFENBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9784. SESSOMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–901. SEGER-THOMSCHITZ *v.* MUSEUM OF FINE ARTS, BOSTON, 562 U. S. 1271;

No. 10–5746. FRANKLIN *v.* TENNESSEE, 562 U. S. 1272;

No. 10–6059. RILEY *v.* UNION PARISH SCHOOL BOARD ET AL., 562 U. S. 1222;

No. 10–7397. SCURLOCK-FERGUSON *v.* CITY OF DURHAM, NORTH CAROLINA, 562 U. S. 1273;

No. 10–7871. PARTOVI *v.* HOLDER, ATTORNEY GENERAL, ET AL., 562 U. S. 1228;

No. 10–8027. TOWNSEND *v.* CALDERONE ET AL., 562 U. S. 1232;

No. 10–8182. MCGLONE *v.* AUSTIN, 562 U. S. 1274;

No. 10–8197. MATTOX *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 562 U. S. 1238;

No. 10–8352. SOUCY *v.* BARNHART, WARDEN, 562 U. S. 1243;

No. 10–8406. HODGE ET UX. *v.* CALVERT COUNTY, MARYLAND, ET AL., 562 U. S. 1244;

No. 10–8416. DOUGLAS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 562 U. S. 1245;

No. 10–8452. RAFI *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, 562 U. S. 1260;